> **Motion GRANTED conditioned upon the timely filing of a waiver of speedy trial.**
>
> /s/ Judge Trauger

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | No. 3:13-cr-00148 |
| | ) | JUDGE TRAUGER |
| **DARWIN JERMELL BOHANNON.** | ) | |

## MOTION TO CONTINUE TRIAL

COMES NOW counsel, James E. Mackler, and respectfully requests the Court to continue the trial currently set for February 11, 2014. The Government, through Matthias David Onderak, has indicated that it does not object to this request.

In support of a continuance, counsel is currently scheduled for mediation on a civil matter the same day.

A signed speedy trial waiver will be submitted.

Accordingly, for the reasons stated, counsel requests the trial be continued and a new trial date set.

Respectfully submitted,

/s/ James E. Mackler
James E. Mackler (BPR #024855)
BONE MCALLESTER NORTON
511 Union Street, Suite 1600
Nashville, TN 37219
(615) 238-6312 (phone)
(615) 248-4668 (facsimile)
Email: jmackler@bonelaw.com

1

{01003227.1 }